RAYMOND McKAY et al., as Trustees of the District 2, M. E. B. A. Vacation Plan, Respondents, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, Appellant.—

Hopkins, Munder, Martuscello and Brennan, JJ., concur.

[59 Misc 2d 380.]